IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| VICTOR FOURSTAR<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CV 25-41-GF-JTJ<br><br>ORDER |

The United States has filed a motion for leave to file under seal trial exhibit 612. (Doc. 56.)

WITH GOOD CAUSE SHOWN, the motion is GRANTED. The United States may file exhibit 612 under seal.

DATED this 16th day of November, 2026.

John Johnston
United States Magistrate Judge